### 976. ANDERSON *v.* THE STATE.

HILL, C. J. The special assignments of error are entirely without merit, and the verdict is amply supported by the evidence.

*Judgment affirmed.*

Accusation of abandoning child, from city court of Ashburn—Judge Hawkins. December 23, 1907.

Submitted February 25,—Decided March 16, 1908.

*E. A. Rogers, John B. Hutcheson*, for plaintiff in error.

*J. A. Comer, solicitor*, contra.